UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FLORES,  )<br>  )<br>     Petitioner,  )<br>  )<br>     v.  )<br>  )<br>T. McDONALD, Warden,  )<br>  )<br>     Respondent.  )<br>_____) | Case No. CV 09-1122-R (CT)<br><br>**J U D G M E N T** |

    In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED:   June 2, 2009

                                        MANUEL L. REAL<br>
                                UNITED STATES DISTRICT JUDGE